FILED
WILLIAMSPORT

MAR 04 2024

PER___NR___
DEPUTY CLERK

| | |
|---|---|
| Kani C. Little - Plaintiff | IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA |
| vs. | |
| 1) Lionel Pierre  (4) Jill Cuffaro<br>2) Roger Lucas  (5) Luis Rodriguez<br>3) Latonya Ray  (6) Gregory Briggs<br>— Defendants | Case NO: _____<br><br>CIVIL ACTION |

## MOTION FOR APPOINTMENT OF COUNSEL, PURSUANT TO 28 U.S.C. SECTION 1915(e)(1)

AND NOW, Comes the Plaintiff Kani C. Little, Pursuant to 28 U.S.C. Section 1915(e)(1), and respectfully request this Honorable Court, Grant this Motion For Appointment of Counsel, and in Support, avers the following Information

1) The Plaintiff is currently incarcerated at Dauphin County Prison, Harrisburg, Pennsylvania, with Pending Criminal Charges

2) The Plaintiff has only the Support of his Mother, in which her finances that are attributed to me, goes to the help of Supporting Plaintiffs Child.

3) The Plaintiff has no means of Securing Counsel Otherwise and has Nothing that he owns and or of Value

4) The Plaintiff has requested, In Forma Pauperis Status, at the Mercy of the Courts.

5) The Plaintiff's Suit involves Serious Allegations and Complicated Matters of Law, against Defendants that work/employed at the Facility/Prison, in which Plaintiff is held in.

6) The Plaintiff's Suit will also involve Significant Discovery Matters that Only an attorney will be able to accomplish.

7) 42 U.S.C. Section 1983, Provides for the appointment of Counsel when it is in the best interest of Justice to Produce a meaningful Process.

8) Due to the Plaintiff's incarcerated Position, limited resources, Inability to Receive Camera Footage, Interview Witnesses, and Other Discovery Actions; Justice would be greatly Served by Appointment of Counsel.

WHEREFORE, the Plaintiff Prays that this Honorable Court will help effectuate justice and appoint him Counsel to Conduct the Proceedings of the Present Suit.

02/16/2024
Dauphin County Prison
501 Mall Road
Harrisburg, PA 17111-1299

Respectfully Submitted,
_____K_____
Kani C. Little
Inst. No: 087290