# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KANI C. LITTLE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | NO.: 1:24-cv-00380 – SHR-SH |
| | ) | |
| LIONEL PIERRE, ROGER LUCAS, | ) | |
| LATONYA RAY, JILL CUFFARO | ) | |
| LUIS RODRIGUEZ, | ) | |
| GREGORY BRIGGS, | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF WARDEN GREGORY BRIGGS**

I, Gregory Briggs, being duly sworn, voluntarily depose and state as follows:

1. The information contained in this Affidavit is true and accurate to the best of my personal knowledge and belief.

2. I am over twenty-one years of age and am competent to give the testimony in this Affidavit.

3. I am employed by Dauphin County as the Warden at the Dauphin County Prison. Part of my duties are official record keeper of the facility. I am also intimately familiar with the grievance policies and procedures of the Prison.

4. I am providing this Affidavit for use in the case designated in the style of the case hereinabove.

5. The Prison has a grievance process.

6. The grievance process relevant to Plaintiff in this case has four steps.

7. Since his incarceration at the Prison, Plaintiff has only completed the entire process on one grievance, Number 389. That grievance was completed on March 14, 2023, and it relates to Plaintiff destroying an assigned tablet and smashing his own head into the wall of a corridor, as shown by video. That matter is not involved in the pending suit.

8. Plaintiff has one other pending grievance directly related to the matter complained of herein, Number 941. It is only in stage two of the process.

9. Plaintiff filed a third grievance which was administratively not continued because he complained of property taken during a cell search or shakedown, grievance Number 1071. This grievance, Number 1071, is a duplication of grievance Number 941 and as such, the duplicative grievance was administratively terminated so that 941 could continue.

10. There is an ongoing grievance procedure on these issues actively routing through the Prison grievance procedure, specifically Number 941. The grievance process was not completed before Plaintiff filed his lawsuit in the above-styled case, on or before March 4, 2024.

FURTHER AFFIANT SAYETH NOT.

This 24 day of June, 2024.

GREGORY BRIGGS, Affiant

SWORN TO AND SUBSCRIBED

before me this 24 day of June, 2024.

DiAndra Pena
Notary Public

MY COMMISSION EXPIRES:

Commonwealth of Pennsylvania - Notary Seal
DiAndra Pena, Notary Public
Dauphin County
My commission expires January 17, 2027
Commission number 1431541
Member, Pennsylvania Association of Notaries